KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
VIRGINIA I. PAPAN
Deputy Attorney General
State Bar No. 143659
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5956
  Fax: (415) 703-5843
  E-mail: Gina.Papan@doj.ca.gov
*Attorneys for Defendant F. Orta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **RODOLFO CHICO ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**F. ORTA, et al.,**<br><br>Defendant. | C 16-04186 KAW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Judge:          The Honorable<br>                    Kandis A. Westmore<br>Trial Date:     Not set.<br>Action Filed:  July 22, 2016 |

    Plaintiff Rodolfo Chico Anderson and Defendant F. Orta have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party is to bear its own litigation costs and attorney's fees.

    **IT IS SO STIPULATED.**

Dated:          December 19, 2016

_____
RODOLFO CHICO ANDERSON
PLAINTIFF IN PRO PER

1

1    Dated:        December 19, 2016

2                                                        VIRGINIA I. PAPAN
                                                         DEPUTY ATTORNEY GENERAL
3                                                        ATTORNEY FOR DEFENDANT F. ORTA

4

5

6

7                              [PROPOSED] ORDER

8            In accordance with the parties' stipulation, this action is dismissed with prejudice.  The

9    Clerk shall close the file.

10           IT IS SO ORDERED.

11

12   Dated:     2/14/17

13                                                        THE HONORABLE KANDIS A. WESTMORE
                                                         MAGISTRATE JUDGE
14                                                       UNITED STATES DISTRICT COURT
                                                         NORTHERN DISTRICT OF CALIFORNIA
15

16

17

18

19

20

21

22

23

24

25

26   SF2016401029
     20923844.doc
27

28
                                                    2
     Stip. Voluntary Dismissal With Prejudice; [Proposed] Order [Fed.R.Civ.P. 41(a)(1)(A)(ii)  (C 16-04186 KAW)

# CERTIFICATE OF SERVICE

Case Name:   **R.C. Anderson v. F. Orta, et al.**      No.   **C 16-04186 KAW**

I hereby certify that on February 10, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On February 10, 2017, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Rodolfo C. Anderson, E53547**
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 10, 2017, at San Francisco, California.

| R. Caoile | **/s/ R. Caoile** |
|---|---|
| Declarant | Signature |

SF2016401029
20944537.doc20944537.doc